# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH GRIMES** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 18-1715** |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 22nd day of November 2019, upon consideration of the *motion for summary judgment* filed by Defendants City of Philadelphia, Police Officer Theodore Manko, Jr., Police Officer Gerard Brennan, Police Officer Gerald McLaughlin, Jr., Police Officer Mary Kuchinsy, Police Officer Andrew Monroe, and Police Officer Kaliv Ivy (collectively, "Defendants"), [ECF 16], and the response in opposition thereto filed by Plaintiff Kenneth Grimes ("Plaintiff"), [ECF 17], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion for summary judgment is **GRANTED**, and **JUDGMENT** is entered in favor of Defendants and against Plaintiff on each of Plaintiff's claims.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*